# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Darrell D. Smith, | Case No. 23-CV-02866 (JMB/SGE) |
| Petitioner, | |
| v. | **ORDER** |
| B. Eischen, *FPC Duluth; Warden*, | |
| Respondent. | |

This matter is before the Court on Petitioner Darrell D. Smith's application to proceed in forma pauperis in his appeal of this Court's March 7, 2025 Order dismissing his petition. (Doc. No. 25.) After review of the IFP application, the Court concludes that Smith financially qualifies for IFP status. Moreover, although the Court is satisfied that Smith's request for habeas relief was denied appropriately, Smith's appeal is not taken in bad faith. *See* 28 U.S.C. § 1915(a)(3). Accordingly, the IFP application will be granted.

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT the application to proceed in forma pauperis on appeal of petitioner Darrell D. Smith (Doc. No. 30) is GRANTED.

Dated: April 30, 2025

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court